IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN E. DELORETO, and <br> DIANE E. HORTON, <br> <br> Plaintiffs, <br> <br> v. <br> <br> SOVEREIGN BANK, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs hereby request permission for Cathleen M. Combs to appear pro hac vice in the above-referenced case. The attorney is a member in good standing of the United States District Court for the Northern District of Illinois. She neither resides nor maintains an office for the practice of law within the State of Massachusetts. Christopher M. Lefebvre has been actively involved in this case from the beginning and will continue to be. He will attend all court hearings and will accept service on all documents.

Respectfully submitted,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
 LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. #629256

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAUREEN E. DELORETO, and )
DIANE E. HORTON, )
  )
  Plaintiffs, )
  )
v. )
  )
SOVEREIGN BANK, )
  )
  Defendant. )
  )

05 10712 RCL

## ORDER OF ADMISSION PRO HAC VICE

It appearing to the Court that Cathleen M. Combs, Attorney at Law, states under penalty of perjury that she meets the requirements for admission pro hac vice and that she is in good standing and eligible to practice in all Courts to which admitted, it is therefore,

ORDERED by the Court that the Motion for Admission Pro Hac Vice of Cathleen M. Combs to appear in the United States District Court, District of Massachusetts in the above-reference case be granted.

This _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE