AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSETTS__

MAUREEN E. DELORETO and DIANE E HORTON

**SUMMONS IN A CIVIL ACTION**

V.

SOVEREIGN BANK

CASE NUMBER:

**05 CV 10712 RCL**

TO: (Name and address of Defendant)

SOVEREIGN BANK
Branch Officer/and Agent
Central Avenue
Seekonk, MA 02771

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____NTON_____     _4-11-05_
CLERK                  DATE

(By) DEPUTY