# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN E. DELORETO and <br> DIANE E. HORTON, <br><br>                 Plaintiffs, <br><br> v. <br><br> SOVEREIGN BANK, <br><br>                 Defendant. | C. A. NO. 05-CV-10712 RCL |

## NOTICE OF APPEARANCE

John A. Houlihan, Donald E. Frechette, and Joshua W. Gardner of Edwards & Angell, LLP hereby enter their appearance as counsel for Defendant, Sovereign Bank, in the above-referenced proceeding.

_____
John A. Houlihan, BBO # 542038
Joshua W. Gardner, BBO # 657347
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110-1800
(617) 439-4444 Telephone
(617) 439-4170 Telecopy

Dated: May 2, 2005

_____ (JAH)
Donald E. Frechette, BBO # 547293
EDWARDS & ANGELL, LLP
90 State House Square
Hartford, CT 06103
(860) 541-7713 Telephone
(888) 325-9086 Telecopy

Dated: May 2, 2005

## CERTIFICATE OF SERVICE

I, John A. Houlihan, certify that on this 2nd day of May, 2004, I caused a copy of the foregoing document to be mailed via first-class mail to Christopher M. Lefebvre, Claude Lefebvre, P.C., 2 Dexter St., Pawtucket, RI 02860, and to Daniel A. Edelman, Edelman, Combs, Latturner & Goodwin, LLC, 120 S. LaSalle St., 18th Floor, Chicago, IL 60603.

_____
John A. Houlihan