IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN E. DELORETO and DIANE E. HORTON,<br><br>Plaintiffs,<br>v.<br><br>SOVEREIGN BANK,<br><br>Defendant. | C. A. NO. 05-CV-10712 RCL |

## DEFENDANT'S ASSENTED-TO MOTION TO
## EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT

Defendant Sovereign Bank ("Sovereign") requests an extension of the time, in which it may answer or otherwise respond to the Complaint, through and including May 27, 2005. As grounds for this motion, Sovereign states:

1. In this putative class action, Plaintiffs allege violations of the Electronic Funds Transfer Act, 15 U.S.C. § 1693 et seq., with respect to Sovereign's ATM machines in both Rhode Island and Massachusetts. Sovereign requires additional time to research the factual allegations of the Complaint.

2. This case presents several legal questions of first impression. Sovereign requires additional time in which to formulate an appropriate response to the Complaint.

3. Plaintiffs' counsel has assented to this extension. Neither party will be prejudiced by this extension, and the extension is in the interests of justice.

## LOCAL RULE 7.1 CERTIFICATION

On May 2, 2005, John A. Houlihan, counsel for the Defendant, conferred by telephone with Christopher M. Lefebvre, counsel for the Plaintiffs. During that conversation Mr. Lefebvre assented to Sovereign's motion to extend the time to answer or otherwise respond to the Complaint through May 27, 2005.

/s/ John A. Houlihan
John A. Houlihan

SOVEREIGN BANK
By its attorneys,

/s/ John A. Houlihan
John A. Houlihan, BBO # 542038
Donald E. Frechette, BBO # 547293
Joshua W. Gardner, BBO # 657347
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110-1800
(617) 439-4444 Telephone
(617) 439-4170 Telecopy

## CERTIFICATE OF SERVICE

I, John A. Houlihan, hereby certify that on this 2nd day of May, 2005, I caused a copy of the foregoing document to be mailed, first class, postage prepaid, to:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060 (phone)
(401) 728-6534 (fax)

Daniel A. Edelman
Edelman Combs
Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
(312) 739-4200 (phone)
(312) 419-0379 (fax)

/s/ John A. Houlihan
John A. Houlihan