**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MAUREEN E. DELORETO and )
DIANE E. HORTON, )
)
            Plaintiffs, )
) C.A. No. 05-CV-10712 RCL
     v. )
)
SOVEREIGN BANK, )
)
           Defendant. )

**PLAINTIFFS' RESPONSE TO DEFENDANT'S**
**MOTION FOR A MORE DEFINITE STATEMENT**

     Plaintiffs have elected to file an Amended Complaint in response to defendant's

motion for a more definite statement.

_____
Cathleen M. Combs
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)


Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on June 3, 2005, I caused a true and accurate copy of this notice to be served via U. S. Mail upon the following parties.


TO:     John A. Houlihan
        Donald E. Frechette
        Joshua W. Gardner
        Edwards & Angell, LLP
        101 Federal Street
        Boston, MA 02110-1800


_____
Cathleen M. Combs