IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN E. DELORETO and <br> DIANE E. HORTON, <br> <br> Plaintiffs, <br> v. <br> <br> SOVEREIGN BANK, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. NO. 05-CV-10712 RCL <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT SOVEREIGN BANK'S MOTION TO DISMISS

Defendant, Sovereign Bank ("Sovereign"), moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Amended Complaint for failure to state a claim upon which relief may be granted. In the Amended Complaint, plaintiffs allege that Sovereign violated the Electronic Funds Transfer Act, 15 *U.S.C.* §§ 1693, *et seq.* ("EFTA"), in four ways with respect to its ATM placard notices. Specifically, plaintiffs claim that Sovereign: (1) failed to state the amount of the fee to be charged; (2) stated that a fee "may" be charged as opposed to "will" be charged; (3) utilized a typeface that by virtue of its size and color was not easily read by the average consumer; and (4) posted its notices at "inconspicuous" locations. Simply stated, plaintiffs' allegations are not sufficient to support a claim under the EFTA. Therefore, plaintiffs' Amended Complaint must be dismissed. In support of its claims, Sovereign submits the accompanying memorandum of law.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D) of the United States District Court for the District of Massachusetts, Sovereign requests an opportunity for oral argument with respect to this motion.

- 2 -

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

In accordance with the requirements of Local Rule 7.1(A)(2) of United States District Court for the District of Massachusetts, I, John A. Houlihan, certify that on June 30th, 2005, I conferred via telephone with plaintiffs' counsel, Christopher Lefebvre, regarding the Sovereign's motion to dismiss. Given the dispositive nature of the motion, we were unable to resolve or narrow the issues raised by Sovereign's motion.

Dated: July 1, 2005

SOVEREIGN BANK
By its attorneys,

John A. Houlihan (B.B.O. #542038)
Donald E. Frechette (B.B.O. #547293)
Joshua W. Gardner (B.B.O. #657347)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110-1800
(617) 439-4444  Telephone
(617) 439-4170  Telecopy

**CERTIFICATE OF SERVICE**

I, John A. Houlihan, certify that on this 1st day of July, 2005, I caused a copy of this document to be served, via first class mail, postage prepaid, on the following counsel of record:

Christopher M. Lefebvre
Claude Lefebvre, P.C.
Two Dexter Street
Pawtucket, RI  02860

Daniel A. Edelman
Edelman, Combs,
Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL  60603

John A. Houlihan