**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MAUREEN E. DELORETO and )<br>DIANE E. HORTON, )<br>                                        )<br>            Plaintiffs,        )<br>                                        )     C.A. No. 05 CV 10712 RCL<br>      v.                            )<br>                                        )<br>SOVEREIGN BANK,         )<br>                                        )<br>            Defendant.        ) | |

### PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

Plaintiffs Diane E. Horton and Maureen Deloretto hereby request that they be granted 15 additional days to respond to the detailed Motion to Dismiss filed by the Defendant. Due to the great detail of the Defendant's pleadings and because of previously scheduled vacations, counsel requests the additional time to respond thereto. The Defendant does not oppose this request.

**WHEREFORE**, Plaintiffs request that the Court grant their Motion and extend the deadline to respond to the Defendant's Motion to Dismiss through August 1, 2005.

/s/Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
PO Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

1

>Daniel A. Edelman
>EDELMAN, COMBS, LATTURNER
>& GOODWIN, LLC
>120 S. LaSalle Street, 18th Floor
>Chicago, Illinois  60603
>(312) 739-4200
>(312) 419-0379 (FAX)

## LOCAL RULE 7.1 CERTIFICATION

I, Christopher M. Lefebvre counsel for the Plaintiffs, conferred with John A. Houlihan, counsel for the Defendant.  John Houlihan assented to Plaintiffs motion to extend time to answer or otherwise respond to the Motion to Dismiss through August 1, 2005.

## CERTIFICATE OF SERVICE

I, Christopher M. Lefebvre, hereby certify that on this 11th day of July, 2005, I caused a copy of the foregoing document to be mailed, first class, postage prepaid, to:

John A. Houlihan, Esq.
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110-1800