# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN E. DELORETO and DIANE E. HORTON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C. A. NO. 05-CV-10712 RCL ) |
| SOVEREIGN BANK, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT SOVEREIGN BANK'S ASSENTED TO
## MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

In compliance with Local Rule 7.1(B)(3), Defendant, Sovereign Bank ("Sovereign") moves for leave to file a reply memorandum not to exceed ten (10) pages. In support of its motion, Sovereign states:

1.  A Reply Memorandum will assist the Court by narrowing the focus of the legal issues in dispute.

2.  Sovereign requires an opportunity to respond to the Plaintiffs' suggestion that the Court convert the pending motion to dismiss to a motion for summary judgment.

3.  Plaintiffs' counsel has assented to Sovereign's request for leave to file a reply memorandum of up to ten (10) pages on or before August 17, 2005.

Accordingly, Sovereign requests leave to file an additional memorandum of up to ten (10) pages in further support of its Motion to Dismiss. Sovereign proposes that it file its reply memorandum on or before August 17, 2005.

- 2 -

## RULE 7.1 CERTIFICATE

In compliance with Rule 7.1(A)(2) counsel to Sovereign conferred via e-mail with Plaintiffs' counsel concerning the foregoing motion, and Plaintiffs' counsel assented to Sovereign's request for leave to file a reply memorandum of up to ten (10) pages on or before August 17, 2005.

**SOVEREIGN BANK**
By its attorneys,

Dated: August 4, 2005

/s/ John A. Houlihan
John A. Houlihan (B.B.O. #542038)
Donald E. Frechette (B.B.O. #547293)
Joshua W. Gardner (B.B.O. #657347)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110-1800
(617) 439-4444  Telephone
(617) 439-4170  Telecopy