**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MAUREEN E. DELORETO and DIANE E. HORTON,  Plaintiffs,  v.  SOVEREIGN BANK,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

C. A. NO. 05-CV-10712 RCL

**DEFENDANT SOVEREIGN BANK'S ASSENTED-TO MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY MEMORANDUM**

Defendant, Sovereign Bank ("Sovereign") requests an extension of time of less than one week, through and including August 22, 2005, in which to file its Reply To Plaintiffs' Opposition To Defendant's Motion To Dismiss. Plaintiffs have assented to this extension.

**RULE 7.1 CERTIFICATE**

In compliance with Rule 7.1(A)(2) counsel to Sovereign conferred with Plaintiffs' counsel concerning the foregoing motion, and Plaintiffs' counsel assented to the motion.

SOVEREIGN BANK
By its attorneys,

Dated: August 17, 2005

/s/ John A. Houlihan
John A. Houlihan (B.B.O. #542038)
Donald E. Frechette (B.B.O. #547293)
Joshua W. Gardner (B.B.O. #657347)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110-1800
(617) 439-4444 Telephone
(617) 439-4170 Telecopy

- 2 -

## CERTIFICATE OF SERVICE

      I, John A. Houlihan, certify that on this 17th day of August, 2005, I caused a copy of this document to be served, via first class mail, postage prepaid, on the following counsel of record:

| | |
|---|---|
| Christopher M. Lefebvre | Daniel A. Edelman |
| Claude Lefebvre, P.C. | Edelman, Combs, |
| Two Dexter Street | Latturner & Goodwin, LLC |
| Pawtucket, RI  02860 | 120 S. LaSalle St., 18th Floor |
| | Chicago, IL  60603 |

      /s/ John A. Houlihan
      John A. Houlihan