IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN E. DELORETO and<br>DIANE E. HORTON,<br><br>              Plaintiffs,<br>v.<br><br>SOVEREIGN BANK,<br><br>              Defendant. | C. A. NO. 05-CV-10712 RCL |

## SOVEREIGN BANK'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant, Sovereign Bank discloses the following: Sovereign Bank is a federally chartered savings association with its principle place of business at 1130 Berkshire Boulevard, Wyomissing, PA 19610. Sovereign Bank is a wholly owned subsidiary of Sovereign Bancorp, Inc., a publicly traded Pennsylvania corporation with its principle place of business at 1500 Market Street, Philadelphia, PA 19102.

                                                    SOVEREIGN BANK
                                                    By its attorneys,

Dated: August 25, 2005

                                                    /s/ John A. Houlihan
                                                    John A. Houlihan (B.B.O. #542038)
                                                    Donald E. Frechette (B.B.O. #547293)
                                                      Joshua W. Gardner (B.B.O. #657347)
                                                      EDWARDS & ANGELL, LLP
                                                      101 Federal Street
                                                      Boston, MA 02110-1800
                                                      (617) 439-4444  Telephone
                                                      (617) 439-4170  Telecopy

## CERTIFICATE OF SERVICE

    I, John A. Houlihan, certify that on this 25th day of August, 2005, I caused a copy of this document to be served, via first class mail, postage prepaid, on the following counsel of record:

| | |
|---|---|
| Christopher M. Lefebvre<br>Claude Lefebvre, P.C.<br>Two Dexter Street<br>Pawtucket, RI 02860 | Daniel A. Edelman<br>Edelman, Combs,<br>Latturner & Goodwin, LLC<br>120 S. LaSalle St., 18th Floor<br>Chicago, IL 60603 |

          /s/ John A. Houlihan
          John A. Houlihan