# Edwards & Angell LLP

101 Federal Street    Boston, MA 02110    617.439.4444    fax 617.439.4170

John A. Houlihan
617.951.2255
fax 888.325.9113
jhoulihan@EdwardsAngell.com

September 9, 2005

Via 1st Class Mail

Clerk
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:    Maureen E. Deloreto v. Sovereign Bank
       U.S.D.C. D. MA. C.A. No. 05-CV-10712RCL

Dear Sir/Madam:

This office represents Defendant, Sovereign Bank. Please be advised that Sovereign Bank will not oppose the Plaintiffs' recent Motion to Amend the First Amended Complaint.

Very truly yours,

John A. Houlihan

JAH:blt

cc:    Christopher M. Lefebvre
       Daniel A. Edelman
       Donald E. Frechette

BOS_502975_1/JHOULIHAN

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS, NJ | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON