IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN E. DELORETO and<br>DIANE E. HORTON,<br><br>    Plaintiffs,<br> v.<br><br>SOVEREIGN BANK,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  C. A. NO. 05-CV-10712 RCL<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR RULE 16 CONFERENCE

Pursuant to Fed. R. Civ. P. 16 and Local Rule 16.1 of the United States District Court for the District of Massachusetts, Plaintiffs, Maureen E. Deloreto and Diane E. Horton ("Plaintiffs") and Defendant, Sovereign Bank ("Defendant"), respectfully move this Court for a Rule 16 Conference on the grounds that such a conference would assist the Court and the parties in the efficient resolution of pending motions and the orderly disposition of this matter. In further support of their joint motion, the parties state that:

 1. On June 6, 2005, the Plaintiffs filed an Amended Complaint.

 2. On July 1, 2005, Defendant moved to dismiss Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiffs objected to that motion on July 29, 2005, and the parties concluded briefing on August 22, 2005.

 3. Among other things, the memoranda filed by the parties raise the possibility of converting portions of Defendant's Motion To Dismiss to a Motion For Summary Judgment.

 4. On August 29, 2005, Plaintiffs moved to further amend their Amended Complaint to add a claim asserting a violation of Mass. Gen. Laws ch. 93A. The proposed Second

Amended Complaint also modifies the language of Paragraph 16(c) relating to the Placard Notices.  Defendants do not oppose the motion to further amend the First Amended Complaint.

5.  Among other things, a Rule 16 Conference would provide the parties with guidance from the Court on the following procedural issues:

 a. Assuming that the Court grants the Plaintiffs' Motion to Amend, does the Defendant need to renew its Motion to Dismiss?

 b. In light of the wording of the Second Amended Complaint, what, if any, additional briefing will the Court require or permit in connection with the Defendants' Motion to Dismiss?

 c. If the Court requires or permits additional briefing, the parties, with the Court's approval, will need to establish filing deadlines for the additional memoranda.

 d. The Court's approval of an agreed upon phased discovery schedule or, in the event that the parties are not able to agree upon a phased discovery schedule, the entry by this Court of an appropriate discovery order.

- 3 -

Accordingly, the parties jointly request that this Court schedule a Rule 16 Conference.

| **MAUREEN E. DELORETO and DIANE E. HORTON** <br> By their attorneys, | **SOVEREIGN BANK** <br> By its attorneys, |
|---|---|
| /s/ Christopher M. Lefebvre <br> Christopher M. Lefebvre <br> By John A. Houlihan per e-mail authorization <br> on September 14, 2005 <br> Claude Lefebvre, P.C. <br> Two Dexter Street <br> Pawtucket, RI 02860 <br> (401) 728-6060 Telephone <br> (401) 728-6534 Telecopy <br><br> Daniel A. Edelman <br> Edelman, Combs, Latturner & Goodwin, LLC <br> 120 S. LaSalle St., 18th Floor <br> Chicago, IL 60603 <br> (312) 739-4200 Telephone <br> (312) 419-0379 Telecopy <br><br> Dated: September 14, 2005 | /s/ John A. Houlihan <br> John A. Houlihan (B.B.O. #542038) <br> Donald E. Frechette (B.B.O. #547293) <br> Joshua W. Gardner (B.B.O. #657347) <br> EDWARDS & ANGELL, LLP <br> 101 Federal Street <br> Boston, MA 02110-1800 <br> (617) 439-4444 Telephone <br> (617) 439-4170 Telecopy <br><br><br><br><br><br><br><br> Dated: September 14, 2005 |