# Edwards & Angell LLP

101 Federal Street   Boston, MA 02110   617.439.4444   *fax* 617.439.4170

John A. Houlihan
617.951.2255
*fax* 888.325.9113
jhoulihan@EdwardsAngell.com

October 7, 2005

Clerk
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re:   **Maureen E. Deloreto v. Sovereign Bank**
      **U.S.D.C. D. MA. C.A. No. 05-CV-10712RCL**

Dear Sir/Madam:

This office represents Defendant, Sovereign Bank. Please be advised that Sovereign Bank will not oppose the Plaintiffs' Motion to File Third Amended Complaint.

Very truly yours,

John A. Houlihan

JAH:blt

cc:   Christopher M. Lefebvre
      Daniel A. Edelman
      Donald E. Frechette

BOS_507007 1/JHOULIH N

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS, NJ | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON