**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

---

|  |  |  |
|---|---|---|
| MAUREEN E. DELORETO and | ) | |
| DIANE E. HORTON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | C. A. NO. 05-CV-10712 RCL |
| | ) | |
| SOVEREIGN BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

## JOINT MOTION FOR VIEW

Plaintiffs, Maureen Deloreto and Diane E. Horton (referred to jointly as "Plaintiffs"), and Defendant, Sovereign Bank ("Sovereign") jointly request that the Court take a view of Sovereign's ATM facilities at 21 Central Avenue, Seekonk, Massachusetts and 62 Messenger Street, Plainville, Massachusetts. At both locations, Sovereign provides drive up and walk-in ATM facilities. Thus, each location contains two sites that the Court would need to view. In support of their joint motion, the parties state:

1.      In both their Second and Third Amended Complaint, the Plaintiffs allege that Sovereign's Placard Notices are not located in a prominent and conspicuous location. *See* Second Amended Complaint ¶16(a) and Third Amended Complaint ¶16(a).

2.      In support of its Motion to Dismiss, Sovereign argued that no reasonable fact finder could conclude that the Placard Notices at issue were not posted in a conspicuous location within the meaning of 15 U.S.C. §1693b(d)(3). *See* Sovereign's Memorandum in Support of Motion to Dismiss, at 16-19. In support of that argument, Sovereign attached photographs of the ATMs at issue, arguing that the Court could properly consider the photographs in support of its Motion to Dismiss. *See* Sovereign's Memorandum in Support of Motion to Dismiss, at 17 n. 8.

3.      In their Response to Defendant's Motion to Dismiss, Plaintiffs argue that the Court must accept the Plaintiffs' allegation that the Placard Notices are not in a prominent and conspicuous location and that the Court may not rely on the photographs attached to Sovereign's motion.  *See* Plaintiffs' Memorandum in Response to Motion to Dismiss, at 5-8.

4.      In an effort to avoid an ancillary dispute as to whether this Court may rely on Sovereign's photographs in the context of a Motion to Dismiss, the parties agree that the Court may take a view of the premises in order to address the underlying legal issue of whether any reasonable fact finder could conclude that the Placard Notices were not posted in a conspicuous location.

5.      The parties have agreed to split the costs of providing the Court with transportation to and from the ATM sites on a 50/50 basis.

Accordingly, Plaintiffs and Sovereign jointly request that this Court take a view of the Sovereign ATM facilities located at 21 Central Avenue, Seekonk, Massachusetts and 62 Messenger Street, Plainville, Massachusetts.

## LOCAL RULE 7.1 CERTIFICATE

In compliance with Local Rule 7.1(A)(2), counsel to Plaintiffs and counsel to Sovereign conferred on October 24, 2005 and October 26, 2005 concerning the foregoing motion and agreed to file the motion jointly.

**MAUREEN E. DELORETO and**
**DIANE E. HORTON**
By their attorneys,


 /s/ Christopher M. Lefebvre
Christopher M. Lefebvre
(By John A. Houlihan per e-mail authorization

**SOVEREIGN BANK**
By its attorneys,


 /s/ John A. Houlihan
John A. Houlihan (B.B.O. #542038)
Donald E. Frechette (B.B.O. #547293)
Joshua W. Gardner (B.B.O. #657347)

on October 26, 2005)
Claude Lefebvre, P.C.
Two Dexter Street
Pawtucket, RI  02860
(401) 728-6060 Telephone
(401) 728-6534 Telecopy

EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110-1800
(617) 439-4444  Telephone
(617) 439-4170  Telecopy

Dated:  October 26, 2005

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL  60603
(312) 739-4200 Telephone
(312) 419-0379 Telecopy

Dated:  October 26, 2005

BOS_508942_1/JHOULIHAN