# EDWARDS ANGELL PALMER & DODGE LLP

101 Federal Street  Boston, MA  02110   617.439.4444   *fax* 617.439.4170   eapdlaw.com

John A. Houlihan
617.951.2255
*fax* 888.325.9113
jhoulihan@eapdlaw.com

November 22, 2005

**VIA ELECTRONIC MAIL AND MESSENGER**

Clerk
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re:   Maureen E. Deloreto v. Sovereign Bank
      U.S.D.C. D. MA. C.A. No. 05-CV-10712RCL

Dear Sir/Madam:

Earlier today Sovereign Bank filed its Answer in the above-captioned action. In keeping with the parties' discussion with the Court during the October 27 Status Conference, Sovereign Bank hereby withdraws its pending motion to dismiss. Accordingly, the parties understand that the hearing on that motion, previously scheduled for November 28 will not go forward.

The parties will proceed to conduct limited discovery in accordance with the orders entered at the Status Conference. After concluding the initial phase of discovery, Sovereign Bank will file a motion for summary judgment on or before January 31, 2006.

Very truly yours,

*/s/ John A. Houlihan*

John A. Houlihan

JAH:mar

cc:   Christopher M. Lefebvre (via electronic mail and first class mail)
      Donald E. Frechette (via electronic mail and first class mail)
      Lisa Hourihan (via messenger)

BOS_512541_1/JHOULIHAN

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON