IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN E. DELORETO and<br>DIANE E. HORTON,<br><br>        Plaintiffs,<br>  v.<br><br>SOVEREIGN BANK,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C. A. NO. 05-CV-10712 RCL |

### SOVEREIGN'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(B)(3) of the United States District Court for the District of Massachusetts, Defendant Sovereign Bank ("Sovereign") moves for leave to file a reply to Plaintiffs' Memorandum in Opposition to Defendant's Motion for Summary Judgment. In support of its Motion, Sovereign states the following:

    1.    Nearly four months have passed since Sovereign originally filed its Motion for Summary Judgment on January 31, 2006.

    2.    After Plaintiffs Maureen E. Deloreto and Diane E. Horton (collectively the "Plaintiffs") secured from this Court an extension until May 15, 2006 to respond to the underlying motion, both parties conducted additional discovery, including the taking of depositions. Plaintiffs' recently-filed opposition memorandum relies, in part, on facts discovered during this interim period.

    3.    For its part, Sovereign utilized the agreed upon discovery to expand the factual record supporting its motion for summary judgment. Sovereign requires an opportunity to reply to the Defendants' Opposition in order to bring the expanded record to the attention of the Court.

4.      In addition, a reply memorandum will assist the Court in deciding the underlying motion, especially since Plaintiffs raised factual arguments in their opposition that had not already been addressed by Sovereign in the memorandum supporting its summary judgment motion.

5.      During a May 19, 2006 telephone conversation with Sovereign's counsel, John A. Houlihan, Plaintiffs' counsel, Christopher M. Lefebvre, assented to this Motion.

For the foregoing reasons, Sovereign moves for leave to file a reply to Plaintiffs' Memorandum in Opposition to Defendant's Motion for Summary Judgment.

                                        SOVEREIGN BANK
                                        By its attorneys,


                                         /s/ John A. Houlihan
Dated: May 23, 2006                     John A. Houlihan (B.B.O. #542038)
                                        Donald E. Frechette (B.B.O. #547293)
                                        Joshua W. Gardner (B.B.O. #657347)
                                        EDWARDS ANGELL PALMER & DODGE LLP
                                        111 Huntington Avenue
                                        Boston, MA  02199
                                        (617) 439-4444  Telephone
                                        (617) 439-4170  Telecopy

### LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1(D) of the United States District Court for the District of Massachusetts, I, John A. Houlihan, certify that I contacted Plaintiffs' counsel, Christopher M. Lefebvre, via telephone on May 19, 2006 regarding the request for leave to file a reply.  In that conversation, Mr. Lefebvre consented to Sovereign's motion for leave to file a reply memorandum.

                                        /s/  John A. Houlihan
                                        John A. Houlihan

### LOCAL RULE 5.2(b)(2) CERTIFICATE OF SERVICE

I, John A. Houlihan, hereby certify that on this 23rd day of May 2006 a copy of the foregoing was filed electronically pursuant to Local Rule 5.4, and that notice of the foregoing was provided by electronic means to Plaintiffs' counsel.

                                        /s/  John A. Houlihan
                                        John A. Houlihan