THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN E. DELORETO and ) <br> DIANE E. HORTON, ) <br>     Plaintiffs, ) <br> v. ) <br> ) <br> SOVEREIGN BANK, ) <br>     Defendant. ) <br> ) | C. A. NO. 05-CV-10712 RCL |

### SOVEREIGN BANK'S MOTION
### TO STRIKE THE DECLARATION OF MARC A. GREEN

Defendant, Sovereign Bank ("Sovereign"), moves to strike the declaration of Marc A. Green ("Mr. Green") submitted in support of plaintiffs' opposition to Sovereign's motion for summary judgment on the grounds that the statements contained in Mr. Green's Declaration are not admissible as evidence as required by Fed. R. Civ. P. 56(e).

Mr. Green purports to be an expert on the subject of Human Factors, and in support of their opposition to Sovereign's motion for summary judgment, plaintiffs submitted a declaration authored by Mr. Green. However, for the most part, Mr. Green's declaration consists of statements that are irrelevant to the issues in dispute and, as such, by definition, are not "helpful" to the Court. Thus, Mr. Green's declaration fails to satisfy the requirements of Fed. R. Evid. 402 and 702. Furthermore, to the limited extent that Mr. Green's declaration does address relevant issues, his opinions do nothing more than put an expert "gloss" on matters of plain common sense. In either event, the statements contained in Mr. Green's declaration fail to satisfy the requirements of Fed. R. Evid. 702 and therefore, should be stricken.

In support of its motion, Sovereign submits a memorandum of law.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

In compliance with Local Rule 7.1(a)(2), I, John A. Houlihan, certify that I conferred with counsel for the plaintiff in a good faith attempt to resolve or narrow the issues in dispute. However, those efforts were not successful.

/s/ John A. Houlihan
John A. Houlihan

**SOVEREIGN BANK**
By its attorneys,

Dated: June 22, 2006

/s/ John A. Houlihan
/s/ Donald E. Frechette
John A. Houlihan (B.B.O. #542038)
Donald E. Frechette (B.B.O. #547293)
Joshua W. Gardner (B.B.O. #657347)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100  Telephone
(617) 227-4420  Telecopy