IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAUREEN E. DELORETO and<br>DIANE E. HORTON,<br><br>   Plaintiffs,<br><br> v.<br><br>SOVEREIGN BANK,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05 CV 10712 RCL<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO EXTEND TIME**

Now come the Plaintiffs in the above entitled matter and state the following:

1. Presently pending before the Court is a Motion for Summary Judgment filed by the Defendant, Sovereign Bank.

2. The Plaintiffs have already filed their opposition to said Motion which included an Affidavit of their expert.

3. The Defendant has filed a Reply Memorandum which included certain additional so called undisputed facts.

4. The Defendant has also recently filed a Motion to Strike the expert report filed by the Plaintiffs in Support of their Opposition to the request for Summary Judgment.

5. The Plaintiffs need additional time to file their response to the statement of addition undisputed facts and their opposition to the Motion to Strike the expert.

6. The Plaintiffs are asking for additional time so as to accommodate previously scheduled vacations of counsel and their expert.

7. The Defendant does not oppose the requested extension of time through July 17, 2006.

**WHEREFORE**, Plaintiffs request that their Motion be granted and that the response deadlines referenced herein be extended through July 17, 2006.

/s/Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
PO Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## LOCAL RULE 7.1 CERTIFICATION

I, Christopher M. Lefebvre counsel for the Plaintiffs, conferred with John A. Houlihan, counsel for the Defendant. John Houlihan assented to the extension of time.

## CERTIFICATE OF SERVICE

I, Christopher M. Lefebvre, hereby certify that on this 30th day of June, 2006, I caused a copy of the foregoing document to be mailed, first class, postage prepaid, to:

John A. Houlihan, Esq.
EDWARDS & ANGELL and DODGE, LLP
101 Federal Street
Boston, MA 02110-1800