UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
MAUREEN E. DELORETO and                )
DIANE E. HORTON,                       )
                                       )
                Plaintiffs,            )
        v.                             )  C. A. NO. 05-CV-10712 RCL
                                       )
SOVEREIGN BANK,                        )
                                       )
                Defendant.             )
_____ )

## JOINT PROPOSED DISCOVERY PLAN AND CASE SCHEDULE

The parties respectfully submit the following joint proposed discovery plan and case schedule:

1. The parties shall make Rule 26(a) disclosures no later than January 5, 2007. The parties' obligations pursuant to Rule 26(a) disclosures shall be limited only to the named parties and need not address all members of the purported class until such time as the Court may certify a class. To the extent necessary, disclosures covering members of any certified class shall be served no later than thirty days after the entry of an order certifying a class.

2. Pursuant to Local Rule 16.1(D)(1)(b), discovery shall be staged. The first stage shall be limited solely to (a) issues relating to the suitability of the action as a Class Action and the certification of a class and (b) the claims and defenses as they specifically relate to the named parties ("Stage One"). The Second stage shall address the facts underlying the parties' respective substantive claims and defenses ("Stage Two").

3. Stage One discovery is ongoing and shall continue until January 31, 2007. The parties shall serve all Stage One discovery requests in a manner that causes the deadline for responses (as calculated by the appropriate Federal Rule of Civil Procedure) to fall before the close of Stage One discovery.

4. If the Plaintiffs intend to use expert testimony (including but not limited to a report) in conjunction with a motion for class certification, the Plaintiffs shall disclose such experts and serve any expert witness reports pursuant to Rule 26 no later than January 19, 2007. If the Defendant seeks to rely on expert testimony in opposition to the motion for class certification, it shall disclose its expert witnesses and serve its expert witnesses' reports pursuant to Rule 26 no later than February 20, 2007. Stage One expert discovery shall close on March 23, 2007.

5. Plaintiffs must file any Rule 23 motion for certification of the present case as a Class Action by April 20, 2007. Failure to do so shall constitute a waiver of the right to seek class certification.

6. Stage Two discovery shall commence on June 1, 2007 and no Stage Two discovery shall be served until that date. Stage Two discovery shall continue until September 28, 2007. The parties shall serve all Stage Two discovery requests in a manner that causes the deadline for response (as calculated by the appropriate Federal Rule of Civil Procedure) to fall before September 28, 2007.

7. If the Plaintiffs intend to use expert testimony in conjunction with any motion or at trial, the Plaintiffs shall disclose such experts and serve any expert witness reports pursuant to Rule 26 no later than August 3, 2007. If the Defendant seeks to rely on expert testimony in conjunction with any motion or at trial, it shall disclose its expert witnesses and serve its expert

witnesses' reports pursuant to Rule 26 no later than September 7, 2007. Stage Two expert discovery shall close on November 2, 2007.

      8.      All dispositive motions shall be filed no later than December 3, 2007.

      9.      A pretrial conference shall be scheduled at the convenience of the Court for a date after decision on any dispositive motions, at which time the parties shall submit a further proposal concerning appropriate deadlines including the establishment of a trial date.

- 4 -

                                               Respectfully submitted,

**MAUREEN DELORETO and
DIANE E. HORTON**
By their attorneys,

Dated:  December 8, 2006           /s/ Christopher M. Lefebve

Christopher M. Lefebvre (B.B.O. #629056)
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
PO Box 479
Pawtucket, RI 02862
(401) 728-6060 Telephone
(401) 728-6534 Telecopy

Cathleen M. Combs (pro hac vice)
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200 Telephone
(312) 419-0379 Telecopy

**SOVEREIGN BANK**
By its attorneys,

 /s/ John A. Houlihan
 /s/ Joshua W. Gardner

Dated: December 8, 2006           John A. Houlihan (B.B.O. #542038)
Donald E. Frechette (B.B.O. #547293)
Joshua W. Gardner (B.B.O. #657347)
EDWARDS ANGELL PALMER
& DODGE LLP
111 Huntington Avenue
Boston, MA  02199
(617) 439-4444  Telephone
(617) 439-4170  Telecopy