UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAUREEN E. DELORETO and DIANE E. HORTON,<br><br>                    Plaintiffs,<br>v.<br><br>SOVEREIGN BANK,<br><br>                    Defendant. | C. A. NO. 05-CV-10712 RCL |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1) (ii), plaintiffs, Maureen E. Deloreto and Diane E. Horton, and defendant, Sovereign Bank, by and through their respective counsel, stipulate and agree that all claims asserted in the above captioned action are hereby dismissed with prejudice and without right of appeal, each party to bear its own costs.

|  |  |
|---|---|
| Dated: January 23, 2007 | **MAUREEN DELORETO and DIANE E. HORTON**<br>By their attorneys,<br><br>_/s/ C.M.L._  1/23/07<br>Christopher M. Lefebvre (B.B.O. #629056)<br>LAW OFFICES OF CLAUDE LEFEBVRE & SONS<br>PO Box 479<br>Pawtucket, RI 02862<br>(401) 728-6060 Telephone<br>(401) 728-6534 Telecopy<br><br>Cathleen M. Combs (pro hac vice)<br>Tara L. Goodwin<br>EDELMAN, COMBS, LATTURNER, LLC<br>120 South LaSalle Street, 18th Floor<br>Chicago, IL 60603<br>(312) 739-4200 Telephone<br>(312) 419-0379 Telecopy |
| Dated: February 9, 2007 | **SOVEREIGN BANK**<br>By its attorneys,<br><br>_/s/ John W. Gardner_  2/9/07<br>John A. Houlihan (B.B.O. #542038)<br>Donald E. Frechette (B.B.O. #547293)<br>Joshua W. Gardner (B.B.O. #657347)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 439-4444 Telephone<br>(617) 439-4170 Telecopy |

_Diane Horton_  1/22/07

_Maureen DeLoreto_  1/23/07